IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AKHTER B. HOSSAIN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 10-713-CG-B |
| | ) |
| JOHN W. STEADMAN, et. al., | ) |
| | ) |
| Defendants. | ) |

# FINAL JUDGMENT

In accordance with the court's order entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendants, John W. Steadman, Bob Riley, Joseph Morton, Christie Miree, John M. Peek, Dr. Stephen P. Furr, Bettye R. Maye, James P. Nix, Bryant Mixon, Dr. Scott A. Charlton, Larry D. Striplin, Jr., J. Cecil Gardner, Samuel L. Jones, Arlene Mitchell, Dr. Stephen H. Stokes, Donald L. Langham, Judge Kenneth O. Simons, and James A. Yance, and against the plaintiff, Akhter B. Hossain.

Therefore, plaintiff's claims against the defendants are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

**DONE** and **ORDERED** this 25th day of January, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE